EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 187 |
| | 203 DPR _____ |
| Edwin D. Santos Baerga | |

Número del Caso: TS-11,965

Fecha: 27 de septiembre de 2019

Abogado del Lcdo. Edwin D. Santos Baerga:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Edwin D. Santos Baerga                    TS-11,965

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de septiembre de 2019.

Examinada la *Urgentísima segunda moción informativa y solicitud de readmisión a la práctica legal*, se reinstala al Sr. Edwin D. Santos Baerga **únicamente al ejercicio de la abogacía**.

En cuanto a la *Urgentísima tercera moción informativa y solicitud de readmisión a la práctica legal*, nada que proveer.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo